## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

THEODORE R. LAZIER,

     Plaintiff,

v.                                Case No.  5:21-cv-163-TKW/MJF

COALINGA STATE HOSPITAL, *et al.*,

     Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the Eastern District of California.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.

3.    The Clerk shall terminate all pending motions and close the case file in this Court.

**DONE and ORDERED** this 13th day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**